584 A.2d 247
STATE OF NEW JERSEY v. JOHN D. HARRIS.

June 11, 1990.

Petition for certification denied.

584 A.2d 247
STATE OF NEW JERSEY v. JESSIE CHATMAN.

June 11, 1990.

Petition for certification denied.

584 A.2d 247
STATE OF NEW JERSEY v. HARRY D. SUGAR.

June 11, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 148, 572 *A.*2d 1170)

584 A.2d 247
STATE OF NEW JERSEY v. KELLY GASKIN BROWN.

June 11, 1990.

Petition for certification denied.